IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY GREGORY                                                                                              PLAINTIFF

vs.                                             Civil No. 6:13-cv-6028

KATHY BROWN, Warden, Omega
Technical Violators Program (TVP);
MS. WILEY, TVP; ALAN STRICKLAND,
TVP; and OFFICER GONYER                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 18, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends dismissal of Plaintiff's Complaint (ECF No. 2), pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, because he has failed comply with the orders of the Court. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's complaint is **DISMISSED**.

**IT IS SO ORDERED**, this 8th day of July, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge